IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL JEROME MCCLOUD,
     Petitioner,

vs.                         Case No: 3:12cv250/RV/CJK

KENNETH TUCKER,
     Respondent.

_____

## REPORT AND RECOMMENDATION

Petitioner initiated this case on June 1, 2012, by filing a petition for writ of habeas corpus under 28 U.S.C. § 2254. (Doc. 1). On June 15, 2012, the Court issued an order granting petitioner's motion to proceed *in forma pauperis* and requiring petitioner to submit, within fourteen days, two service copies of his petition. (Doc. 4). Petitioner responded that he attempted to provide the Court with service copies at the time he filed his petition, but prison officials refused his copying request. (Doc. 6). Petitioner requested that his petition be dismissed because he was unable to provide the requisite copies. (*Id.*). By order issued July 2, 2012, the Court granted petitioner a thirty-day extension of time in which to provide service copies, and advised petitioner to re-submit his request for copies to his institution accompanied by a copy of the Court's June 15, 2012 Order. (Doc. 7). The Court further directed that if petitioner desired to voluntarily dismiss his petition, he should file with the court a notice of voluntary dismissal on or before August 1, 2012. (*Id.*). Petitioner

responded by filing a Notice of Voluntary Dismissal.  (Doc.  8).

Accordingly, it is respectfully RECOMMENDED:

1.  That this cause be DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. Rule 41(a)(1)(A)(i).

2.  That the Clerk be directed to close the file.

At Pensacola, Florida this 7th  day of August, 2012.


*/s/ Charles J. Kahn, Jr.*

**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**


NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).